UNITED STATES DISTRICT COURT
EASTERN DISTRICTION
DELTA DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 1 2 2022

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

**ROSCOE JOYNER and**
**JOYNER CONSTRUCTION LLC**                                  **PLAINTIFFS**

vs.                               CASE _2:22 - cv - 62 - DPM_

**CITY OF DUMAS**                                              **DEFENDANT**

## COMPLAINT

COME the Plaintiffs, **ROSCOE JOYNER and JOYNER CONSTRUCTION LLC,** by

and through counsel, and for this Complaint, they state:

This case assigned to District Judge _Marshall_
and to Magistrate Judge _Kearney_

## PARTIES AND JURISDCTION

1.      Plaintiff, **ROSCOE JOYNER,** is a tax paying resident and citizen of Arkansas,

who owns and is doing business as **JOYNER CONSTRUCTION COMPANY, LLC,** which is

with its principal place of business in Dumas, Arkansas.  This is an action brought by Plaintiffs for

violation of Plaintiffs due process rights, as well as race discrimination, as allowed 42 USC § 1983.

This action is also brought for violation of the Arkansas Civil Rights Act of 1993; and, for illegal

exaction.  Accordingly, this Court has subject matter jurisdiction under 28 USC § 1331, as well as

supplemental jurisdiction of Plaintiffs' state claims under 28 USC  § 1367.  Since the acts given

rise to this action arose in this Court's district, venue is proper under 28 USC § 1391(b).  All

actions were taken under color of law.

## GENERAL ALLEGATIONS OF FACTS

2.      Plaintiff, **ROSCOE  JOYNER,** is  a  black  male.    He  owns  **JOYNER**

**CONSTRUCTION COMPANY, LLC.**

3.      Plaintiff and his construction company have been in business for several years and

they are responsible and competent in the construction industry.

4.      The City of Dumas solicited bids to clear land within the city limits.

5.     Plaintiffs submitted a bid of $135,000.

6.     As set out in the bid documents, attached hereto as **Exhibit A**, Plaintiffs submitted a bid in compliance with the request for bids.  Plaintiffs were the lowest bidders at $135,000.

7.     Plaintiff, Joyner, attended the bid opening, and when he learned that his bid was the lowest bid, compliant with the request for proposal, he left.

8.     Unbeknownst to him, the City recalculated another bidder's proposal, who was white, after bids were open, in violation of Arkansas law and Plaintiffs due process rights.

9.     The "winning bidder" was a white individual.

## COUNT I

10.     Plaintiffs reallege the foregoing as if more fully set out herein.

11.     Plaintiff had a property interest, in the contract, once he was determined to be the lowest bidder.

12.     Defendant deprived Plaintiffs of these property interests without due process in violation of the 14th Amendment of the United States Constitution and Article 22 of the Arkansas Constitution.

13.     As a direct and proximate cause of Defendants' acts and omissions alleged herein, Plaintiffs have lost $135,000 in revenue.

14.     Plaintiffs also seek prejudgment interest.

## COUNT II

15.     Plaintiffs reallege the foregoing as if more fully set out herein.

16.     By virtue of the facts alleged herein, Defendant has discriminated against Plaintiff, Joyner, on the basis of his race in violation of 42 USC § 1983, as incorporated by 42 USC § 1981, as well as the Arkansas Civil Rights Act of 1993.

17.     Defendant awarded the bid to a white individual.  Plaintiffs bid was in compliance with Arkansas law, but the white individual's bid was not.

18. Indeed, Plaintiffs were more qualified than the white individual, such that the circumstances give rise to an inference of racial discrimination.

19. As a direct and proximate cause of Defendant's acts and omissions alleged herein, Plaintiffs have lost revenue of $135,000.

## COUNT III

20. Plaintiffs reallege the foregoing as if more fully set out herein.

21. By virtue of the facts alleged herein, there has been an illegal exaction, as defined by Arkansas law and the Arkansas Constitution.

22. Accordingly, Defendant, City of Dumas, should be enjoined from paying the "successful" bidder any money at all.

## JURY DEMAND

23. Plaintiffs request a trial by jury.

**WHEREFORE**, Plaintiffs, **ROSCOE JOYNER and JOYNER CONSTRUCTION LLC,** pray for appropriate compensatory damages; for an injunction enjoining the City of Dumas for any further payments; for a reasonable attorneys' fees and costs; trial by jury; and, for all other proper relief.

Respectfully submitted,

**SUTTER & GILLHAM, P.L.L.C**.
Attorneys at Law
P.O. Box 2012
Benton, AR 72018
501-315-1910 Office
501-315-1916 Facsimile
Attorney for the Plaintiffs

By:    /s/ Luther Oneal Sutter
Luther Oneal Sutter, AR Bar No. 95031

## Accepting Bids

City of Dumas is accepting bids for the cleaning of all of the old Dollar General Warehouse property located on Hwy 54 West. The deadline for the bids is January 21, 2022. In the bids include in addition to the cost the approximate time frame to have the property cleared. Bids are to be mailed to the attention of Mayor Flora Simon, P O Box 157, Dumas, AR 71639, or can be hand delivered to Dumas City Hall, 155 East Waterman Street.

**EXHIBIT**

tabbies

A

JOYNER CONSTRUCTION
3RD E PICKENS DUMAS
ARK 71639   870-329-8948

| Job Name: — City of Dumas  Cleaning of the Old Dollar General Warehouse Property | 1/21/2022 |
|---|---|
| Description of Work | Amount |
| | |
| We submit this bid for the cleaning of the old Dollar General Warehouse property, | |
| estimated area of          square feet, for the city of Dumas which includes the following: | |
| | |
| Removal of all concrete which includes slabs, footings, walls, piers, ramps, and sidewalks  4000 on | |
| an estimated 166 cubic tons, with the exception of part of the old lab area. | |
| Then the areas will be back filled with an estimated 200 360 yards of dirt to provide a | |
| smooth surface that can be maintained. | |
| We will also remove between 1 5 to 20 loads of debris that are scattered around the area. | |
| We have estimated a project time length of 6 months.     6 week | |
| | |
| | |
| Bid Total 150 Sq FT | $135,000.00 |
| | |
| | |
| This bid is good 60 days from the time it was submitted | |
| It is understood  that this bid is for what we know of the property and have inspected prior to | |
| bidding, if anything unknown is discovered that we or the city are not aware of, we will contact the | |
| Mayor and discuss how to proceed. | |
| If we are the winning bid we would like our payments in equal monthly installments. | |
| | |
| | |
| | |
| | |
| | |

No. 0978    P. 5

Mar. 24. 2022 12:56PM