IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ROSCOE JOYNER d/b/a
Joyner Construction Company                                    PLAINTIFF

v.                          No. 2:22-cv-62-DPM

CITY OF DUMAS, ARKANSAS                                        DEFENDANT

JUDGMENT

Joyner's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 August 2024